Opinion by Willson, J.

## WEISS v. THE STATE.

Appeal from Robertson county.

*Indictment—Gaming.*—An indictment alleging that defendant

did "unlawfully and willfully play at a certain game with cards at and in a certain gaming room, used for gaming,' 'etc.; held bad, in that it does not allege that the room was attached to some one of the public houses named in the statute. Reversed and dismissed.

Opinion by White, P. J.